UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No: 17-48672
Chapter 7
Hon: Shefferly

Michael Tilley,
         Debtor(s).
_____/

Christian Financial Credit Union,
         Plaintiff,
v.                                             Adv Proc. No. 17-04851

Michael Tilley,
         Defendant.
_____/

## STIPULATED CONSENT JUDGMENT

IT IS ORDERED between the parties in resolution of the Plaintiff's Adversary Complaint that;

IT IS ORDERED that the debt of Defendant, Michael Tilley, to Christian Financial Credit Union shall be non-dischargeable in the amount of $5,000.00 pursuant to 11 U.S.C. 523(A)(2)(B).

IT IS FURTHER ORDERED that the debt shall be paid at $500.00 on or before February 26, 2018 and $200.00 per month on or before the 26th of each month thereafter until fully satisfied.

**Signed on January 30, 2018**



         **/s/ Phillip J. Shefferly**
         **Phillip J. Shefferly**
         **United States Bankruptcy Judge**