| Approved, SCAO | Original - Garnishee (Part 1)<br>1st copy - Defendant (Part 2)<br>2nd copy - Return (proof of service) (Part 2) | 3rd copy - Plaintiff/Attorney (proof) (Part 2)<br>4th copy - Court (Part 2) |
|---|---|---|
| **STATE OF MICHIGAN**<br>**United States Bankruptcy**<br>**Court Eastern District**<br>_____ **JUDICIAL CIRCUIT**<br>Court address<br>211 W. Fort Street, Detroit, MI 48226   Zip code   313-234-0065 | **REQUEST AND WRIT FOR GARNISHMENT**<br>**(PERIODIC)** | **CASE NO.**<br>17-04851<br>Court telephone no. |

| Plaintiff name and address (judgment creditor)<br><br>Christian Financial Credit Union<br>c/o Plaintiff's Counsel | Defendant name and address (judgment debtor)<br>Michael Tilley<br>37762 Huron Pointe Dr.<br>Harrison Twp, MI 48045 |
|---|---|
| Plaintiff's attorney bar no. address, and telephone no.<br>Leduc Frank<br>CHRISTOPHER FRANK (P67169)<br>PO Box 2191<br>Royal Oak, MI 48068<br>248-268-2224<br><br>FILED '18 SEP 5 AM 9:54<br>US BANKRUPTCY MIE-DET | Social Security no:   Employer ID or account no.<br>XXX-XX-XXXX<br><br>Garnishee Name and address<br>ADS Alliance Data System,<br>Attn Payroll<br>7500 Dallas Parkway Ste 700<br>Plano, TX 75024 |

**REQUEST**   See instructions for item 2 on other side.

1. Plaintiff received judgment against defendant for $5,000.00 on 01/18/2018.
2. The total amount of judgment interest accrued to date is $ 400.68. The total amount of post judgment costs accrued to date is $ 56.89. The total amount of postjudgment payments made and credits to date is $ 0.00. **The amount of the unsatisfied judgment now due (including interest and costs) is** • $ 5,457.57.
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of periodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

8/31/2018
Date                               Plaintiff/Agent/Attorney signature  P67169

**WRIT OF GARNISHMENT**

TO THE PLAINTIFF: You must provide all copies of the disclosure form (MC 14), two copies of this writ, and a $35.00 disclosure fee for serving on the garnishee within 182 days from the date of issue. If not properly served, the writ of garnishment is invalid. After receiving your first payment under the garnishment, provide the garnishee and defendant a statement of the balance remaining on the judgment, including interest and costs, at least once every 6 months. Within 21 days after the judgment has been paid, including all interest and costs, provide the garnishee and defendant a garnishment release (form MC 50).

TO THE DEFENDANT: 1. **See Separate Instructions.** You have 14 days after this writ is mailed or delivered to you to file objections with the court. If you do not file objections within this time, periodic payments (money) owed to you by the garnishee may be withheld and paid directly to the plaintiff until the judgment is satisfied.

TO THE GARNISHEE:
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
3. Do not pay any obligations to the defendant unless allowed by statute or court rule.
4. If indebted, withholding must begin according to court rule and continue until the judgment is satisfied. Unless notified that an objection has been filed, begin forwarding payments

You are ordered to make all payments withheld under this writ payable to:
☒ the plaintiff   ☐ the plaintiff's attorney   ☐ the court
and mail them to:   ☐ the plaintiff.   ☒ the plaintiff's attorney.   ☐ the court.

5. Within 14 days after the judgment is satisfied or you are no longer obligated to make periodic payments to the defendant, file a final statement of the total amount paid on this writ with the court and mail or deliver copies to the plaintiff/attorney and defendant.

9-5-18
Date of issue    Expiration date (182 days from date of issue)    Clerk of the court/Deputy